IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIELLE HOFFMAN,

    Plaintiff,

v

HOLLAND CHRISTIAN EDUCATION SOCIETY
D/B/A HOLLAND CHRISTIAN SCHOOLS,

    Defendant.

Case No: 1:18-CV-400

HON. ROBERT J. JONKER

---

Karen Truszkowski (P56929)
TEMPERANCE LEGAL GROUP PLLC
Attorney for Plaintiff
503 Mall Court #131
Lansing, MI 48912
(844) 534-2560

Julie A. Jacot (P43443)
JACOT LAW PLLC
Attorney for Plaintiff
1044 N. Irish Road, Suite A
Davison, MI 48423
(810) 653-9526

Gary P. Bartosiewicz (P28934)
LENNON, MILLER, O'CONNOR
& BARTOSIEWICZ, PLC
Attorney for Defendant
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
(269) 381-8844

---

## STIPULATION AND ORDER OF DISMISSAL

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by and through their respective counsel, that all matters in controversy having been settled, this cause may be dismissed with prejudice and without costs to Plaintiff, GABRIELLE HOFFMAN, and Defendant, HOLLAND CHRISTIAN EDUCATION SOCIETY D/B/A HOLLAND CHRISTIAN SCHOOLS.

Stipulated and Approved as to form and content:

Date: ____6/5/2019____, 2019    By: _____(signature)_____
                                    Karen Truszkowski (P56929)
                                    Attorney for Plaintiff

Date: ____6/10____, 2019    By: _____(signature)_____
                                 Gary P. Bartosiewicz (P28934)
                                 Attorney for Holland Christian School

2

## ORDER OF DISMISSAL

A Stipulation of the parties hereto providing that the above-entitled cause has been settled and compromised and that said cause may be dismissed with prejudice and without costs to either party having been filed herein, and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-entitled cause may be and the same is hereby dismissed with prejudice and without costs to Plaintiff, GABRIELLE HOFFMAN, and Defendant, HOLLAND CHRISTIAN EDUCATION SOCIETY D/B/A HOLLAND CHRISTIAN SCHOOLS.

This Order resolves the claim and closes this file.

Date: June 10, 2019

/s/ Robert J. Jonker
Honorable Robert J. Jonker
Chief United States District Judge